No. 86–5725. ABDULLAH v. RAINWATER ET AL. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–5758. PERKINS v. HARTIGAN, ATTORNEY GENERAL OF ILLINOIS, ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–670. KANTORSKI v. L. F. C. LEASING & FINANCIAL CORP. Appeal from App. Ct. Mass. dismissed for want of jurisdiction. 

No. 86–695. HANSEN ET AL. v. UNITED STATES. Appeal from D. C. W. D. Wis. dismissed for want of jurisdiction.

No. 86–86. SHULTZ, SECRETARY OF STATE v. COOPER ET AL.; and

No. 86–284. COOPER ET AL. v. SHULTZ, SECRETARY OF STATE. C. A. D. C. Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Pennsylvania* v. *Delaware Valley Citizens' Council for Clean Air*, 478 U. S. 546 (1986), and *Library of Congress* v. *Shaw*, 478 U. S. 310 (1986). JUSTICE SCALIA took no part in the consideration or decision of these cases. 

No. D–564. IN RE DISBARMENT OF HOLZER. Reginald Jack Holzer, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on September 11, 1986 [478 U. S. 1037], is hereby discharged.

No. D–569. IN RE DISBARMENT OF CHRISTAKIS. Lee J. Christakis, of Gary, Ind., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on September 11, 1986 [478 U. S. 1038], is hereby discharged.